NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of D.W.,III; D.W.; D.W.; and  )
A.W., children.                               )
                                              )
_____       )
                                              )
D.W.,                                         )
                                              )
          Appellant,                          )
                                              )
v.                                            )          Case No.    2D19-1500
                                              )
DEPARTMENT OF CHILDREN and                    )
FAMILIES and GUARDIAN AD LITEM                )
PROGRAM,                                      )
                                              )
          Appellees.                          )
_____       )

Opinion filed October 16, 2019.

Appeal from the Circuit Court for
Hillsborough County; Caroline Tesche
Arkin, Judge.

David A. Dee of David Dee Law, Tampa, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee; and Mary Soorus, Assistant
Attorney General, Tampa, for Appellee
Department of Children and Familes.

Thomasina Moore, Statewide Director of
Appeals, Statewide Guardian Ad Litem
Office, Tallahassee;  and Samuel
Alexander of Alexander Appellate Law P.A.,

Deland, for Appellee Guardian ad Litem
Program.


PER CURIAM.


Affirmed.


SILBERMAN, VILLANTI, and SALARIO, JJ., Concur.